# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAUREN MARSTON,<br><br>    Plaintiff<br><br>v.<br><br>HARTEK SOLUTIONS, LLC and CHERYL HARVATH,<br><br>    Defendants | CIVIL ACTION FILE NO.<br><br>1:15-cv-00354-MHC<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff LAUREN MARSTON respectfully moves the Court to approve a Settlement Agreement entered into between the Parties. A supporting memorandum of law in accompanies this motion.

Respectfully submitted: April 23, 2015.

**MAYS & KERR, LLC**
235 Peachtree St NE | Suite 202
Atlanta, GA 30303
T: (404) 410 – 7998
F: (877) 813 – 1845

James Craig
Georgia Bar No. 940586
james@maysandkerr.com
(of counsel to the firm)

Counsel for the Plaintiff

## CERTIFICATION

Pursuant to Local Rule 7.1D, counsel for Plaintiff hereby certifies that this document has been prepared with Times New Roman Font (14 point).

Respectfully submitted: April 23, 2015.

| | |
|---|---|
| **MAYS & KERR, LLC**<br>235 Peachtree St NE \| Suite 202<br>Atlanta, GA 30303<br>T: (404) 410 – 7998<br>F: (877) 813 – 1845 | James Craig<br>Georgia Bar No. 940586<br>james@maysandkerr.com<br>(of counsel to the firm)<br><br>Counsel for the Plaintiff |