IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREN MARSTON,<br><br>         Plaintiff,<br><br>v.<br><br>HARTEK SOLUTIONS, LLC and<br>CHERYL HARVATH,<br><br>         Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-354-MHC |

## ORDER

This matter is before the Court on Plaintiff's Motion for Approval of Settlement Agreement [Doc. 9].

The Court reviewed the parties' Settlement Agreement and Release [Doc. 9-2] to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement and Release are a fair, reasonable, and adequate resolution

of this action; and (2) the Settlement Agreement and Release was reached in an adversarial context where the parties had legal representation.

Upon consideration of Plaintiff's Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and Release.  Except as stated in the Settlement Agreement and Release, each party shall bear its own costs of litigation, including attorneys' fees.

Accordingly, the Court **GRANTS** the Motion [Doc. 9] , **APPROVES** the parties' settlement agreement and release, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 24th day of April, 2015.

_____
MARK H. COHEN
United States District Judge